

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD G. WADE, JR. | ) |
| Plaintiff | ) |
| v. | ) Case No. 19 CV 521 JED - JFJ |
| (1) UNITED STATES OF AMERICA | ) |
| (2) DONALD TRUMP | ) |
| (3) STATE OF OKLAHOMA | ) |
| (4) KEVIN STITT | ) |
| (5) JASON A. ROBERTSON | ) JURY TRIAL DEMANDED |
| VICTIMIZATION ORDER: | ) |
| (6) PIERCE, COUCH, ET AL. | ) |
| (7) OMAG | ) |
| (8) CITY OF GLENPOOL | ) |
| (9) TIM FOX | ) |
| (10) RYAN BRASCHLER | ) |
| (11) MARK BRADSHAW | ) |
| (12) KIRSTEN PACE | ) |
| (13) TULSA COUNTY | ) |
| (14) WILLIAM MUSSEMAN | ) |
| (15) GREGORY MITCHELL | ) |
| (16) TOM COOPER | ) |
| (17) JOHN-KELLY WARREN | ) |
| (18) THE WARREN FOUNDATION | ) |
| (19) SAINT FRANCIS HEALTH NETWORK | ) |
| (20) DON DERAMUS | ) |
| (21) CITY OF TULSA | ) |
| (22) CHUCK JORDAN | ) |
| (23) GERALD BENDER | ) |
| (24) G.T. BYNUM | ) |
| (25) TCBH | ) |
| (26) UNIDENTIFIED STAFF AT TCBH | ) |
| (27) LAUREATE INSTITUTE | ) |
| (28) DR. ANN BLISS | ) |
| (29) UNIDENTIFIED STAFF AT LAUREATE | ) |
| (30) JOHN DOWDELL | ) |
| (31) TERRENCE KERN | ) |
| (32) THERESA DRIELING | ) |
| (33) CARTER RUPP | ) |
| Defendant's | ) |

FILED

SEP 30 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**ALL ARE INDIVIDUALLY AND IN THEIR OFFICIAL, AND IN THEIR OFFICIAL CAPACITY**

### PETITION

**COMES NOW**, the Plaintiff Ronald Gene Wade, Jr., and states, the court dockets, in two federal cases, proves, beyond a shadow of doubt, the Defendant's, according to derivative liability law, came to have knowledge, through their designated agent, City Attorney, Gerald Bender, that the evidence provided by Tulsa Attorney, Jason A. Robertson, was false testimony. And that furthermore, the designated agent, Gerald Bender, did scheme and conspire, to wrongfully convict the Plaintiff, in the eyes of the law, before two federal courts and has carried on this conspiracy, since March 5, 2019, and on behalf of all Defendant's.

Rather than admit the evidence was false, as required under Brady vs. Maryland, Gerald Bender, did then recruit John Dowdell, in an attempt to defraud the Plaintiff, in John Dowdell's courtroom. All acts, on behalf of the scheme, created by the designated agents, John Dowdell and Gerald Bender, is recognized as being, on behalf of all the Defendant's.

The Plaintiff will further prove, on behalf of all Defendant's, designated agent, Gerald Bender, has carried on the conspiracy, for almost seven month's, and even now, refuses to confess, the Defendant's have no evidence. The Plaintiff, has suggested Gerald Bender admit, but he refuses, and is continuing the conspiracy to obstruct my innocence, on behalf of all Defendant's listed herein. Gerald Bender, continues to scheme, against the civil rights of the Plaintiff.

The Plaintiff further informs the Defendant's, as a collective, the Plaintiff will

insist the felony count, be based on, per word.

Every time, your designated agent, Gerald Bender, wrote a word, he was reminded the Plaintiff was innocent, establishing premeditation and malice, and solidifying the Defendant's commitment to the conspiracy to prove an innocent man, guilty.

### IRREFUTABLE PROOF OF INNOCENCE AND CONSPIRACY

The following docket entries, prove all charges, contained herein. The Motion To Dismiss, is where the law requires a municipality to support probable cause, or according to Brady vs. Maryland, where they are required to admit the evidence is comprised of false testimony:

1./    March 29, 2019 (Doc. 8, Case 120) – Gerald Bender attached no evidence, knowing he had no evidence. A sham defense, and a fraud upon the court.

2./    April 16, 2019 (Doc. 10, Case 158) - Gerald Bender attached no evidence, knowing he had no evidence. A sham defense, and a fraud upon the court.

3./    May 6, 2019 (Doc. 17, Case 158) - Gerald Bender attached no evidence, knowing he had no evidence. A sham defense, and a fraud upon the court.

4./    May 22, 2019 (Doc. 23, Case 158) - Gerald Bender attached no evidence, knowing he had no evidence. A sham defense and a fraud upon the court.

5./    July 3, 2019 (Doc. 29, Case 120) - Gerald Bender attached no

evidence, knowing he had no evidence. A sham defense, and a fraud upon the court.

## JURISDICTION, CREATION AND DERIVATIVE LIABILTY

The Defendant's, as a collective, are liable, through the pathological lying of Jason A. Robertson, Don Deramus and Gerald Bender. Although, that makes them victims of these men, it also convicts them, as perpetrators, since each of these men have systematically, tried to make the Plaintiff guilty, of crimes he did not commit. They have tried to "wrongfully convict", the Plaintiff.

All of these events happened in Tulsa County, State of Oklahoma, making this court the proper venue.

All derivatives of liability, have the common element of Jason A. Robertson, making all Defendant's guilty of listening to a pathological liar.

The United Sates of America, Donald Trump, The State of Oklahoma, and Kevin Stitt, are upstream derivatives of Tulsa County, City of Tulsa, The Northern District Federal Court, the Tulsa County Court and the City of Tulsa and Glenpool.

G.T. Bynum, Chuck Jordan, John Dowdell, Terrence Kern are derivatives of the pathological lying and scheming, of Gerald Bender and Don Deramus.

Don Deramus, Jason Robertson and Gerald Bender, are victims of their own corruption.

William Musseman, is guilty of a court ambush, while granting a motion prematurely, then eliminating standing, without reading the totality, of the Plaintiff's divorce decree. Page two of the Plaintiff's divorce decree eliminated the Plaintiff's liability for the Chrysler auto, deemed evidence, but page three

assigned a superior proprietary interest, in all facets of the lawsuit, including the evidence.

Gregory Mitchell ruled the Plaintiff's filing, in federal court, was moot, because the information is considered an open record. He refused to assist, and so it escalated further. He ruled it was an open record, but did nothing to end the obstruction, by Kirsten Pace.

Kirsten Pace, is the co-founder of Conspiracy One, along with Jason A. Robertson.

Tom Cooper is guilty of betraying himself, and letting stand, sworn testimony, stating that Mr. Cooper, set in motion, the events leading to illegal captivity. He is now convicted, and as a derivative, establishes liability for John-Kelly Warren, The Warren Foundation, St Francis Health Network and Laureate.

Ann Bliss, is guilty of relying on false testimony, to do a court commit, as homicidal. All threats have been proven to be false, and her actions cost the Plaintiff twelve extra days and a one year probation. Ann Bliss's derivatives, are the same as Tom Cooper.

Theresa Drieling and the staff at both hospitals. were not proactive, but the Plaintiff, was very vocal about being innocent, and nobody listened.

Pierce, Couch et al., is owned by the Plaintiff, and represents the safe haven, Jason A. Robertson operated out of, as he committed all his crimes.

Donald Trump, Kevin Stitt and G.T. Bynum, are personally responsible for allowing the largest assault, on the civil rights, of any Pro Se in history, to expand unabated and continue to this day. It is a disgrace, to the country.

The first conspiracy, which is ongoing, originated on August 1, 2017. The preponderance of the evidence, indicated Jason Robertson, committed a document felony, or the court clerk, lost an original court document for 6 days. On August 1, 2017 Kirsten Pace knew if she had a July 25, 2017 document, six days, just got it, or did not have the motion at all.

Canon 1 of the judicial ethics code, is absolute, that a Judge's primary covenant is to maintain order in the courtroom and resolve any showings of impropriety, immediately. Kirsten Pace ignored every request, representing obstruction of justice. This conspiracy, is ongoing, and is the reason this suit exists. It exacerbated into one hundred and twenty billion dollars.

The second conspiracy began March 5, 2019, when Gerald Bender, as designated agent, for the conspiracy, realized, all the evidence supplied by Jason Robertson and Officer Deramus, contained no threats.

Contrary to the absolutes, of Brady vs. Maryland, Gerald Bender, on behalf of all Defendant's decided the best strategy was to enlist the aid of John Dowdell, and bully the Plaintiff into being guilty, even though, each one knew, beyond a shadow of doubt, the Plaintiff was innocent. The plan was to convict the Plaintiff, of the false threats.

This conspiracy is ongoing, and can only end, when it is admitted, Tulsa has no evidence the Plaintiff, committed any crimes.

### CAUSE OF ACTION ONE – CONSPIRACY TO WRONGFULLY CONVICT

On March 5, 2019, the Defendant's, as a collective, learned, through their designated agent, Gerald Bender, that the evidence supplied by Jason A.

Robertson, contained none of the fifty threats alleged. Upon notice, the Defendant's, as a collective, made the decision to conspire against the innocence of the Plaintiff, rather than admit there was no evidence. On five separate occasions, the Defendant's, as a collective, recommitted to the scheme to prove an innocent man, was guilty of making fifty threats. This was done with premeditation and extreme malice, and was naturally reliant on the bias of the court, to complete the fraudulent scheme. John Dowdell, was the creator of the scheme to defraud the Plaintiff.

### CAUSE OF ACTION TWO - PRO SE BIAS

Each intentional act, to prove the Plaintiff guilty, by law, results in a proven act of Pro Se Bias, as committed by each judge, that is a part of these proceedings. All charges are absolute, as the nucleus of pathological liars, has confessed all claims, through their continued efforts to maintain the Plaintiff's guilt, knowing the Plaintiff is innocent. A refusal to admit, and the court condones the conduct.

### CAUSE OF ACTION THREE - BRIBERY
### AND THE EXCHANGE OF A JUDICIAL FAVOR

On March 5, 2019, designated agent, Gerald Bender, realized the evidence, in his possession, proved the Plaintiff innocent. Gerald Bender, then on behalf of all Defendant's, enlisted the aid John Dowdell, to help prove the Plaintiff guilty.

Both men, then schemed out the avers/mistake/self validate judicial favor. The way the favor worked is, Gerald Bender, on behalf of all Defendant's, would leave off the fifty exhibits, possessed by the Defendant's, and in turn, John Dowdell would bend case law, to render the admitted fabrication of the homicidal threat

against innocent women and children, an inadvertent mistake.

To be successful, the Defendant's, then had to make the Plaintiff, prove himself guilty of forty nine threats. John Dowdell, then looked up the word avers, and argued the Plaintiff averred one threat, and admitted forty nine.

The scheme failed for two reasons, first the Plaintiff is suing for forty five threats, in a sister case, and designated agent, John Dowdell, is expected to know that, renders his opinion moot, but even more telling on how pathetic the scheme was, the Plaintiff, used the word innocent, which by law, does not allow a person to aver. It is a blanket denial of all criminal acts, yet John Dowdell, on behalf of the Defendant's, found the Plaintiff admitted, forty nine criminal acts.

Where the favor gained substance, as defined by the IRS, is when designated agent, Gerald Bender, then played the avers/mistake/self validate favor in Terrence Kern's court, when it could not work. The court docket, proves, the favor went Dowdell to Bender laterally to Kern, thereby establishing a high likelihood of a payoff, with all Defendant's participating, through their designated agents.

The favor was intended to bully the Plaintiff into being guilty.

## CAUSE OF ACTION FOUR - ASSAULT
## ON PERSON AND CONTINUOUS ASSAULT ON CIVIL RIGHTS

TPD Officer Don Deramus, came on to the Plaintiff's property, on May 9, 2018, knowing he had fabricated probable cause. He then went locked and loaded, threatening the Plaintiff's life, he then, continuously assaulted the Plaintiff, by putting handcuff's on the Plaintiff, and forcing the Plaintiff into his vehicle, then

forcing the Plaintiff out, and into TCBH, where he finished the assault, by touching the Plaintiff again, and removing the handcuffs. Officer Deramus had no permission to touch the Plaintiff, for any reason, let alone, force the Plaintiff to comply, with a loaded weapon.

TCBH, continued the assault, by forcing the Plaintiff to take psychiatric drugs, that were not required.

All of the Defendant's, under derivative liability law, then mounted a continuous assault against the Plaintiff's Civil, Privacy, HIPAA, Intellectual and Proprietary Property Rights. This assault is continuing, as the Defendant's have proven they have no evidence, but absolutely refuse to say, they have no evidence.

## CAUSE OF ACTION FIVE – SLANDER/LIBEL/PROMOTING FALSE EVIDENCE

The facts, freely offered in a public forum, were known to be false, by the Defendant's, through their designated agent, Gerald Bender, making each recantation by Gerald Bender or John Dowdell, a slanderous act. John Dowdell, as designated agent, found the Plaintiff, was actually guilty of forty nine criminal acts, known to be false, by John Dowdell.

Brady Vs. Maryland, makes it absolute, that allowing false testimony to stand, is a criminal act. Established public policy is clear, and no further argument is needed.

## DAMAGES

This conspiracy continues as we speak, and became a continuous assault, on March 5 , 2019. The Plaintiff hereby demands twenty billion dollars,

compensatory and one hundred billion dollars, punitive. The Plaintiff is still under attack, and it has been relentless and unlawful. The largest attack, against the civil rights of a Pro Se, then any other time in history. Shame on you people.

## MOTION FOR IMMEDIATE DEFAULT JUDGMENT

The Defendant's have been convicted of each and every charge, based a the court dockets. The court record never lies, and the goose-egg's gained substance, as an act, that is not lawfully allowed by Brady vs. Maryland. It was absolute, a municipality cannot promote false evidence, and each and every one of the Defendant's, has promoted the false evidence for six month's and continue to promote the false evidence, as the Plaintiff files this. The conspiracy has not ended and it must.

## CONCLUSION

There is nothing the Plaintiff needs from this court, and will plan on dealing with the President.

Respectfully Submitted

*Ronald Gene Wade Jr*

Pro Se
Ronald Gene Wade, Jr
11405 S Locust Ave
Jenks, Ok 74037
(918) 528-6663

**CERTIFICATE OF SERVICE**
The undersigned certifies that a true copy of the foregoing pleading was served on each of the parties hereto by mailing the same to them or to their attorneys of record on the 30 Day of September, 2019